DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCISCO GRAVINA** and **LOURDES GRAVINA,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON,** f/k/a **THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7,**
Appellee.

No. 4D19-663

[January 30, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE 16-017755(11).

Geoffrey E. Sherman, Roy D. Oppenheim, and Mia M. Singh of Oppenheim Pilelsky, P.A., Weston, for appellants.

Sara F. Holladay-Tobias, Emily Y. Rottmann and C. H. Houston III of McGuireWoods LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST, JJ., and WALSH, LISA S., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***